# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SEAN P. TATE,

        Plaintiff,

v.                                               Case No. 09-CV-169

WARDEN LARRY JENKINS, TONY O'BRIEN,
CHAD ENGEBREGTSEN, MARY HANSER,
MARK STAHL, STEVE SCHULER,
CURTISS JANSSEN, BRETT BUTEYN,
SCOT GALLIGAN, MICHAEL BENSON,
ROSIE EICKOFF, and SUSAN CRAWFORD,

        Defendants.

## ORDER

The *pro se* plaintiff has filed two motions for extensions of time to complete discovery and to file motions to compel, on December 9, 2009, and on January 13, 2010. Although, pursuant to the Scheduling Order, the defendants filed their motion for summary judgment on December 14, 2009, in the interest of justice and upon due consideration, the court finds that the plaintiff should be given an opportunity to complete discovery. Accordingly,

**IT IS ORDERED** that the plaintiff's motion for extension of time (Docket #37) be and the same is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff's motion for extension of time (Docket #57) be and the same is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for completion of discovery be and the same is hereby extended to **March 29, 2010**, and the deadline for the plaintiff to file his response to the defendants' motion for summary judgment and, if he wishes, file his own dispositive motion, be and the same is hereby extended to **April 30, 2010**. No further extensions will be granted by the court.

Dated at Milwaukee, Wisconsin, this 21st day of January, 2010.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge